CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alberto Eduardo Velazquez-Martinez**<br>YOB: 1988; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-06114 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 2, 2019, at or near Naco, in the District of Arizona, **Alberto Eduardo Velazquez-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on March 12, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alberto Eduardo Velazquez-Martinez** is a citizen of Mexico. On March 12, 2019, **Alberto Eduardo Velazquez-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On May 2, 2019, agents found **Alberto Eduardo Velazquez-Martinez** in the United States at or near Naco, Arizona, without the proper immigration documents. **Alberto Eduardo Velazquez-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>BCH/JJO<br>AUTHORIZED AUSA /s/Brian Hopkins | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 3, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54